466 A.2d 1347

**COMMONWEALTH of Pennsylvania**

v.

**William T. HAITH, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 28, 1983.

Decided Nov. 7, 1983.

Thomas C. Carroll, Huntington Valley (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div. Asst. Dist. Atty., Sarah B. Vandenbraak, Asst. Dist. Atty., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Judgments of Sentence Affirmed.